RECEIVED
E-filing
2012 MAY -8 P 2: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 12 2302 LHK

| | |
|---|---|
| UNITED STATES OF AMERICA and SCOTT McKAGAN, Revenue officer,<br><br>  Petitioners,<br><br>  v.<br><br>PHUC LE,<br><br>  Respondent. | No.<br><br>[Proposed]<br><u>ORDER TO SHOW CAUSE RE ENFORCEMENT OF INTERNAL REVENUE SERVICE SUMMONS</u> |

Good cause having been shown by the petitioner upon its petition filed in the above-entitled proceeding on _____May 8_____, 2012, it is hereby:

**ORDERED** that respondent PHUC LE appear before this Court on the __12__ day of __July__, 2012, at 1:30 pm., in Courtroom No. _8_, _4_ th Floor, United States District Court, 280 South 1st Street, San Jose, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

**ORDERED** that within twenty-one (21) days before the return date of this Order, respondents may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** this __14__ day of ____May____, 2012, at San Jose, California.

*Lucy H. Koh*
UNITED STATES DISTRICT JUDGE

ORD. TO SHOW CAUSE RE ENF.
OF IRS SUMMONS                                    2