MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
Tax Division
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, CA 94102
  Telephone:  (415) 436-7000
  Fax:            (415) 436-7009
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and SCOTT J. McKAGAN, Revenue Officer, <br><br> Petitioners, <br><br> v. <br><br> PHUC LE, <br><br> Respondent. <br><br>_____ | NO. CV 12-2302-LHK <br><br> ADMINISTRATIVE MOTION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE AND [~~PROPOSED~~] ORDER <br><br> Date: August 16, 2012 <br> Time: 1:30 p.m. <br> Place: San Jose Federal Courthouse <br>       Courtroom 8, 4th Floor |

     COMES NOW the United States of America and Scott McKagan, by and through its undersigned counsel, pursuant to Rule 7-11 of the Civil Local Rules for the Northern District of California, and moves this Court to reschedule the hearing on the Order to Show Cause, currently scheduled for July 12, 2012, at 1:30 p.m., to August 16, 2012, at 1:30 p.m., in order to enable Petitioners to timely serve Respondent, Phuc Lee.

                                    Respectfully submitted,

                                    MELINDA HAAG
                                  United States Attorney

                                  /s/ Cynthia Stier
                                  CYNTHIA STIER
                                  Assistant United States Attorney
                                  Tax Division

**ORDER**

IT IS HEREBY ORDERED that the hearing on the Order to Show Cause, previously scheduled for July 12, 2012, is RESCHEDULED TO AUGUST ~~16~~ 9, 2012, at 1:30 p.m., in Courtroom No. 8, 4th Floor, United States District Court, 280 South 1st Street, San Jose, California.

**IT IS FURTHER ORDERED** that respondent PHUC LE appear before this Court on the ~~16th~~ 9 day of August, 2012, at 1:30 p.m., in Courtroom No. 8, 4th Floor, United States District Court, 280 South 1st Street, San Jose, California, and then and there show cause, if any, why respondent should not be compelled to appear and provide documents and testimony as required by the summons heretofore served upon respondent as alleged and set forth in particular in said petition; and it is further

**ORDERED** that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further

**ORDERED** that within twenty-one (21) days before the return date of this Order, respondents may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desire to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order; that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

**ORDERED** this   2   day of   July   , 2012, at San Jose, California.

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

US, et al., v. PHUC LE,
Case No. CV 12-2302-LHK
Admin. Mot. To Reschedule Hrg.